UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

Emily Hernandez,

PLAINTIFF(S)

v.

Elaine C. Duke,

DEFENDANT(S).

CASE NUMBER

2:17-cv-07375-SVW-PLA

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable STEPHEN V. WILSON, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Emily Hernandez

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Kirstjen Nielsen, Secretary, Department of Homeland Security

recover of the plaintiff(s) its costs of action, taxed in the sum of to be determined by motion

Clerk, U. S. District Court

Dated: November 30, 2018

By [signature]
Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record

CV-44 (11/96)         JUDGMENT ON THE VERDICT FOR DEFENDANT(S)